IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CR272** |
| vs. | ) | |
| | ) | **ORDER** |
| **MICHAEL D. McCROY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

      This case is before the court on the motion [106] of Steven E. Achelpohl to Withdraw His Appearance as Counsel and For Further Direction From the Court due to a breakdown of the attorney-client relationship.  Due to the urgency of this matter regarding an appeal of the court's order, a new CJA Panel Attorney will be appointed.

      **IT IS ORDERED:**

      1.   The Motion to Withdraw His Appearance as Counsel and For Further Direction From the Court [106] is granted.  The appearance of Steven E. Achelpohl is hereby deemed withdrawn.

      2.   In the Interest of justice, the Court will appoint a CJA Panel Attorney by further order of the court without a hearing.  Steven E. Achelpohl shall make arrangements to turn over all Rule 16 material regarding this defendant as soon as possible.

      **DATED February 10, 2010.**

                                                **BY THE COURT:**

                                                s/ F.A. Gossett
                                                **United States Magistrate Judge**