IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR272 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS COUNTS IV and V |
| SHANNON B. JACKSON, et al., | ) | OF INDICTMENT |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of Counts IV and V of the Indictment pursuant to Motion of the United States.

DATED this 21st day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Court Judge